**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

TED HENDERSON,

Petitioner,

-against-

THOMAS STICHT, Superintendent,

Respondent.

---------------------------------------------------------------X

20 **CIVIL** 7575 (NSR)(AEK)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 20, 2026, Petitioner's objections are OVERRULED, the R&R is ADOPTED in its entirety, and the Petition is DISMISSED as time-barred. Because Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2). The Court further certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Opinion and Order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438 (1962); accordingly, the case is closed.

**Dated:** New York, New York

July 22, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** ______________________

**Deputy Clerk**